Decided October 13, 2004

MARY CARRANO, ADMINISTRATRIX (ESTATE OF PHILLIP J. CARRANO, JR.), ET AL. *v.* YALE-NEW HAVEN HOSPITAL ET AL.

The plaintiffs' petition for certification for appeal from the Appellate Court, 84 Conn. App. 656 (AC 22644), is granted, limited to the following issues:

"1. Whether the Appellate Court properly reversed the judgment based upon the trial court's decision to award additional peremptory jury challenges in the absence of any showing of harm?

"2. Whether the Appellate Court properly determined as a 'matter of law' that the plaintiffs' evidence of economic damages was inadequate?"

SULLIVAN, C. J., and NORCOTT, J., did not participate in the consideration or decision of this petition.

The Supreme Court docket number is SC 17286.

*John T. Bochanis*, in support of the petition.

*Jeffrey R. Babbin* and *Kenneth D. Heath*, in opposition.

Decided October 19, 2004

*Jeffrey R. Babbin* and *Kenneth D. Heath*, in support of the cross petition.